**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

January 11, 2006

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-2730

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Eastern District of Wisconsin |
| *v.* | |
| | No. 03-CR-217 |
| JOHNNY L. STOKES, *Defendant-Appellant.* | Charles N. Clevert, Jr., *Judge.* |

## O R D E R

Johnny Stokes argued that the district court erred under *United States v. Booker*, 543 U.S. 220 (2005), by sentencing him under the formerly mandatory sentencing guidelines.  The government conceded the error, so we ordered a limited remand to ask the district court whether it would have imposed the same sentence had it known that the guidelines were advisory, *see United States v. Paladino*, 401 F.3d 471, 484 (7th Cir. 2005).  The court has assured us that it would have, so the only remaining question is the reasonableness of Stokes' sentence.  Since Stokes' sentence was in the middle of a properly calculated guideline range, it was presumptively reasonable, *see United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005).  And because Stokes has not responded to the district court's statement, he has not rebutted that presumption.  The judgment is AFFIRMED.